**UNITED STATES DISTRICT JUDGE**
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


**CURTIS L. COLLIER**                                UNITED STATES COURTHOUSE
UNITED STATES DISTRICT JUDGE                  900 Georgia Avenue, Room 317
                                                             Chattanooga, TN  37402
                                                          Telephone (423) 752-5287

                        February 1, 2011




Ms. Carol Field
Office of the Clerk
United States Court of Appeals
503 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio   45202-3988

                 Re:    Excess Fee Request, Other Services
                        *USA v. Jermaine Howard*, 1:10-CR-56

Dear Ms. Field:

        Enclosed is a memorandum and a copy of a second motion for excess fees
regarding the above case where the requested fee exceeds the statutory maximum.  The
investigator is seeking an additional $4,200.00 (the circuit approved a prior request for an
additional $3,200 on June 16, 2010) for a total amount not to exceed $9,000.00.



                                Sincerely,

                                /s/

                                Sheila Hendrix
                                Judicial Assistant



Enclosures