UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:10-CR-56 |
| v. | ) | |
| | ) | Collier/Carter |
| JERMAINE HOWARD | ) | |

**O R D E R**

On December 7, 2010, Defendant Jermaine Howard ("Defendant") filed a motion to suppress evidence found in a residence at 2039 Ruby Street, Chattanooga, Tennessee on March 12, 2009 and to suppress marijuana found on his person at that residence as a result of a pat down of his person on the same date (Court File No. 36). This motion was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 68). Defendant timely objected (Court File No. 69), and the government responded (Court File No. 70). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 68). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 36).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**